WENDY J. OLSON, IDAHO STATE BAR NO. 7634
UNITED STATES ATTORNEY
ANTHONY G. HALL, IDAHO STATE BAR NO. 2951
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE:  (208) 334-1413
EMAIL: Anthony.Hall@usdoj.gov

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MATTHEW D. HUTCHESON,<br><br>　　　　Defendant. | Case No. CR-12-093-S-WFN<br><br>**MOTION FOR FINAL ORDER OF FORFEITURE** |

　　　　The United States of America, by and through Wendy J. Olson, United States Attorney, and the undersigned Assistant United States Attorney for the District of Idaho, hereby requests entry of a Final Order of Forfeiture consisting of a personal money judgment against the defendant in the amount of $5,307,688 in the above-entitled case for the following reasons:

　　　　1.　　On July 3, 2013, this Court entered a Preliminary Order of Forfeiture (ECF No. 133), pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), and based upon the guilty verdicts of MATTHEW D. HUTCHESON to Counts One through Twelve and

MOTION FOR FINAL ORDER OF FORFEITURE - 1

Twenty-Five through Twenty-Nine of the Indictment (ECF No. 117), entered April 15, 2013.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, the forfeiture order became final as to the defendant on July 31, 2013.

3. The United States has not, as of this date, identified specific assets that were derived from the offenses for which the defendant pled guilty and should be included for forfeiture. Nor has the United States yet identified any property of the defendant that could be forfeited as a substitute asset in accordance with 21 U.S.C. § 853(p).

4. The United States did not publish notice of the above-referenced forfeiture order because Rule 32.2(c)(1) of the Federal Criminal Rules of Procedure provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment."

WHEREFORE, by virtue of the plea agreement and the amount of money derived from the offense for which the defendant has been convicted, the United States requests that the Court enter the attached money judgment in the amount of $5,307,688.

Respectfully submitted this 31st day of March, 2014.

                WENDY J. OLSON
                UNITED STATES ATTORNEY
                By:

                  /s/
                ANTHONY G. HALL
                Assistant United States Attorney

MOTION FOR FINAL ORDER OF FORFEITURE - 2

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of April, 2014, the foregoing **MOTION FOR FINAL ORDER OF FORFEITURE** was electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following person:

Gabriel J. McCarthy
Attorney for Defendant
mccarthylaw@cableone.net

/s/
Julie Christine