UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     -vs-<br><br>MATTHEW D. HUTCHESON,<br><br>          Defendant. | No.   CR-12-093-S-WFN<br><br>**FINAL ORDER OF FORFEITURE** |

WHEREAS, on July 3, 2013, this Court entered a Preliminary Order of Forfeiture (ECF No. 133) consisting of a personal money judgment against the defendant in the amount of $5,307,688, pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), and based upon the guilty verdicts of MATTHEW D. HUTCHESON to Counts One through Twelve and Twenty-Five through Twenty-Nine of the Indictment (ECF No. 117), entered April 15, 2013;

WHEREAS, pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, the Preliminary Order became final as to the defendant on July 31, 2013; and

WHEREAS, Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment,"

NOW THEREFORE, IT IS HEREBY **ORDERED**, ADJUDGED AND DECREED that the United States' Motion for Final Order of Forfeiture, **ECF No. 170**, is **GRANTED** and the defendant MATTHEW D. HUTCHESON shall forfeit to the United States the sum of $5,307,688, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

IT IS FURTHER **ORDERED** that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

FINAL ORDER OF FORFEITURE - 1

IT IS FURTHER **ORDERED** that the United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $5,307,688 to satisfy the money judgment in whole or in part.

The Clerk of Court is directed to file this Order and provide copies to counsel.

**DATED** this 2nd day of April, 2014.

04-02-14

          s/ Wm. Fremming Nielsen
WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

FINAL ORDER OF FORFEITURE - 2